# IN THE SUPREME COURT OF THE STATE OF NEVADA

DMVH, LLC, A NEVADA LIMITED LIABILITY COMPANY; NORMAN PHAM, A/K/A NAM NGOC PHAM, A/K/A NORMAN NG, AN INDIVIDUAL, AND IN HIS CAPACITY OF CO-TRUSTEE OF THE PHAM FAMILY TRUST,

Appellants,

vs.

GREGG WILLIAMS, COURT APPOINTED RECEIVER ACTING THROUGH TRIDENT PACIFIC REAL ESTATE GROUP, INC.,

Respondent.

No. 84935

FILED

OCT 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a petition to file a complaint against a receiver pursuant to NRS 32.325. Eighth Judicial District Court, Clark County; Nadia Krall, Judge.

Respondent has filed a motion to dismiss the appeal, arguing that this court lacks jurisdiction. Respondent argues that the challenged order is not a final judgment because final judgment was entered at the time the stipulation and confession of judgment between appellant DMVH, LLC, and the receiver was entered and the receivership was terminated, and because the order cannot be otherwise construed as a special order after final judgment because it does not "grow[] out of the judgment previously entered." *Gumm v. Mainor*, 118 Nev. 912, 914, 59 P.3d 1220, 1221 (2002). Appellants have not filed an opposition. This court may construe the failure to oppose a motion as an admission that the motion is meritorious. *See Foster v. Dingwall*, 126 Nev. 56, 66, 227 P.3d 1042, 1049 (2010). Therefore,

SUPREME COURT
OF
NEVADA

(O) 1947A

22-31526

this court concludes that it lacks jurisdiction. The motion to dismiss is granted, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Nadia Krall, District Judge
Persi J. Mishel, Settlement Judge
Hurtik Law & Associates
Armstrong Teasdale, LLP/Las Vegas
Eighth District Court Clerk